UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CRIM. NO. 16-20043

v.                                 HON. PAUL D. BORMAN

ARTHUR RATHBURN,

        Defendant.
_____/

## **VERDICT FORM**

We the Jury in the above-entitled action, after full consideration and deliberation, unanimously find as to the defendant, ARTHUR RATHBURN:

### COUNT 1

Wire Fraud, Aiding and Abetting:

NOT GUILTY _____               GUILTY __✓__

### COUNT 2

Wire Fraud, Aiding and Abetting:

NOT GUILTY _____               GUILTY __✓__

## COUNT 3

Wire Fraud, Aiding and Abetting:

NOT GUILTY \_\_\_\_          GUILTY ✓

## COUNT 4

Wire Fraud, Aiding and Abetting:

NOT GUILTY ✓          GUILTY \_\_\_\_

## COUNT 5

Wire Fraud, Aiding and Abetting:

NOT GUILTY ✓          GUILTY \_\_\_\_

## COUNT 6

Wire Fraud, Aiding and Abetting:

NOT GUILTY \_\_\_\_          GUILTY ✓

## COUNT 7

Wire Fraud, Aiding and Abetting:

NOT GUILTY \_\_\_\_          GUILTY ✓

## COUNT 8

Wire Fraud, Aiding and Abetting:

NOT GUILTY \_\_\_\_    GUILTY  ✓

## COUNT 9

Wire Fraud, Aiding and Abetting:

NOT GUILTY \_\_\_\_    GUILTY  ✓

## COUNT 10

Illegal Transportation of Hazardous Material:

NOT GUILTY \_\_\_\_    GUILTY  ✓

## COUNT 13

Making a False Statement in a Matter

Within the Jurisdiction of the United States Government :

NOT GUILTY ✓              GUILTY _____

**SO SAY WE ALL,**

Signed and dated at the United States Courthouse, Detroit, Michigan, this 22 day of January, 2018.

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

UNITED STATES DISTRICT COURT

4