UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: 16-20043<br>Honorable Paul D. Borman<br>Magistrate Judge Elizabeth Stafford |
| Plaintiff, | |
| v. | |
| ARTHUR RATHBURN, | |
| Defendant. | |
| _____/ | |

**REPORT AND RECOMMENDATION TO DENY AS MOOT
<u>DEFENDANT'S MOTION TO COMPEL [ECF NO. 198]</u>**

In June 2018, the Honorable Paul D. Borman entered judgment against Defendant Arthur Rathburn for numerous counts of wire fraud. [ECF No. 156]. In May 2020, Rathburn moved for an order compelling attorneys James Howarth and Craig Daly to surrender their case file related to Rathburn's case so that he can file a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. [ECF No. 198]. Judge Borman referred the motion to the undersigned under 28 U.S.C. § 636(b).[1]

---

[1] The motion was referred for hearing and determination under § 636(b)(1)(A), but this Court must make a report and recommendation under § 636(b)(3) because the motion is post-judgment. *Fharmacy Records v. Nassar*, 465 F. App'x 448, 455 (6th Cir. 2012).

After this Court ordered a response to the motion, Howarth and Daly wrote:

> No serious discussion of Mr. Rathburn's claims is necessary inasmuch as Mr. Rathburn has previously been provided copies of *all* discovery from both his previous attorney, Byron Pitts, and the undersigned counsel. Mr. Rathburn has also been provided copies of *all* pleadings filed by both the government and defense counsel. This includes *all* trial motions, and all pleadings filed by the parties in both the Sixth Circuit Court of Appeals and United States Supreme Court. Mr. Rathburn was supplied a copy of his trial transcripts on February 8, 2018.
> On July 6, 2020,[2] the undersigned sent Mr. Rathburn all of his written notes/correspondence to counsel, that he has requested in his Motion to Compel, consisting of 130 pages.
> On July 6, 2020, the undersigned sent to his counselor, Michael Kohlman, nine CDs and a USB containing the discovery previously sent.
> The undersigned have no further documents in his file that falls within his Motion to Compel.

[ECF No. 201 (emphasis in original)].

Howarth and Daly having said that they have already provided all documents requested by Rathburn, his motion to compel should be **DENIED AS MOOT**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 30, 2020

---

[2] The date of July 6, 2020 is an obvious mistake.

## **NOTICE TO THE PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  If a party fails to timely file specific objections, any further appeal is waived.  *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)*.*  And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains.  Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2020.

                                         s/Marlena Williams
                                         MARLENA WILLIAMS
                                         Case Manager