UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR RATHBURN,

    Defendant.
_____/

Case No. 16-CR-20043

Hon. Paul D. Borman

## United States' Supplemental Notice Concerning the Defendant's Motion for Compassionate Release and Request for Home Confinement (ECF No. 214)

After filing its brief opposing Arthur Rathburn's Motion for Compassionate Release and Request for Home Confinement, the government has been informed by the Bureau of Prisons that Arthur Rathburn refused the COVID-19 vaccine. (*See* Exhibit A.)

                      Respectfully submitted,
                      SAIMA S. MOHSIN
                      Acting United States Attorney

                      s/ Timothy J. Wyse
                      Assistant U.S. Attorney
                      211 West Fort Street, Suite 2001
                      Detroit, MI  48226
                      (313) 226-9144
                      Timothy.Wyse@usdoj.gov

Dated: May 5, 2021

## Certificate of Service

I certify that on May 5, 2021, I electronically filed this motion for the United States with the Clerk of the United States District Court for the Eastern District of Michigan using the ECF system, and caused this response to be served on the *pro se* defendant by mailing a copy to:

**Arthur Rathburn**
54353039
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
LORETTO, PA 15940
PRO SE

/s/ Timothy J. Wyse
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9144
Timothy.Wyse@usdoj.gov