**Bureau of Prisons**

**Health Services**

**Immunizations**

| Begin Date: | 12/01/2020 | | End Date: | 05/03/2021 | | | |
|---|---|---|---|---|---|---|---|
| Reg #: | 54353-039 | | Inmate Name: | RATHBURN, ARTHUR | | | |

| **Immunization** | **Immunization Date** | **Administered** | **Location** | **Dosage** | **Drug Mfg.** | **Lot #** | **Dose #** | **Exp Date** |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 03/04/2021 | Refused | | | | | | |

**Orig Entered:** 03/04/2021 06:57 EST

**Total:** 1

BP-A1136  
FEB 21  
**U.S. DEPARTMENT OF JUSTICE**

**COVID-19 VACCINE CONSENT - INMATE**

**FEDERAL BUREAU OF PRISONS**

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated _____. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system. I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

**Health Questions Prior to COVID-19 Vaccination** (*Check yes or no*)

| Yes | No | Health Questions |
|-----|-----|------------------|
| ☐ | ☐ | Are you sick today? |
| ☐ | ☐ | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | ☐ | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | ☐ | Have you had any other vaccinations in the last 14 days? |
| ☐ | ☐ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

☐ **I consent to receive the COVID-19 vaccination.**

| Dose # (1 or 2) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|---|---|---|---|---|---|
| 1 | Pfizer/BioNTech | | | IM | ☐ Left  ☐ Right |

| Inmate Signature | Date |
|---|---|
| | |

| Administered by Signature | Date |
|---|---|
| | |

| Administered by (name/title) |
|---|
| [redacted] |

☒ **I decline to receive the COVID-19 vaccination.**

| Inmate Signature | Date |
|---|---|
| Pt. Refused to Sign | 3-4-21 |

| Witness Signature | Date |
|---|---|
| [redacted] | 3-4-21 |

| (PRINT) Witness Name |
|---|
| [redacted] |

| (PRINT) Inmate Name (Last, First) | Register Number |
|---|---|
| RATHBURN, ARTHUR | 54353-039 |

| Institution | Unit | Work Assignment |
|---|---|---|
| FCI Loretto | K01-042L | |

DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS  
SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENT

PDF     Prescribed by PS6190