UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.                                            Case No. 16-cr-20043
                                            District Judge Paul D. Borman

ARTHUR RATHBURN,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in an Order entered this same day, Defendant's Motions pursuant to 28 U.S.C. §2255 (ECF Nos. 206, 227 and 229), are DENIED and Defendant is denied a Certificate of Appealability.

SO ORDERED.

DATED: February 18, 2022          s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE