UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

v.                                                          Case No. 16-cr-20043
                                                            District Judge Paul D. Borman

ARTHUR RATHBURN,

        Defendant.                     /

**ORDER ACCEPTING MAGISTRATE JUDGE ELIZABETH STAFFORD'S
"REPORT AND RECOMMENDATION TO DENY AS MOOT
DEFENDANT ARTHUR RATHBURN'S MOTION TO COMPEL
(ECF NO. 198)"**

Magistrate Judge Elizabeth Stafford filed the above-noted Report and

Recommendation (R&R). Defendant did not file any objections to the R&R. The

R&R stated that Defendant has been provided copies of all discovery, trial

transcripts, and correspondence to counsel as he requested, and as confirmed by his

attorneys.

Accordingly, this Court adopts Magistrate Judge Stafford's R&R, and

DENIES as moot his Motion to Compel.

SO ORDERED.

Dated: February 23, 2022                     s/Paul D. Borman
      Detroit, Michigan                     PAUL D. BORMAN
                                            United States District Judge