# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 05, 2022

Mr. Arthur Rathburn
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

Mr. Timothy John Wyse
U.S. Department of Justice
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Re: Case No. 22-1392, *Arthur Rathburn v. USA*
Originating Case No. : 2:20-cv-12855 : 2:16-cr-20043-1

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1392

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ARTHUR RATHBURN

      Petitioner - Appellant

v.

UNITED STATES OF AMERICA

      Respondent - Appellee

   This appeal being duplicative of Case No. 22-1192, it is hereby **DISMISSED**.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: May 05, 2022