# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 16, 2022

Mr. Arthur Rathburn
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

Mr. Timothy John Wyse
U.S. Department of Justice
211 W. Fort Street
Suite 2001
Detroit, MI 48226

      Re: Case No. 22-1193, *USA v. Arthur Rathburn*
         Originating Case No. : 2:16-cr-20043-1

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/C. Anthony Milton
                Case Manager
                Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1193

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ARTHUR RATHBURN

    Defendant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by April 11, 2022.
    The Appellant's Brief was not filed by May 11, 2022.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 16, 2022